UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ROBERT CHARLES SINGLETON, JR., | Case No. 2:21-cv-01106-GMN-BNW |
|---|---|
| Petitioner, | ORDER |
| v. | |
| WILLIAM HUTCHINGS, et al., | |
| Respondents. | |

Before the court is a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, submitted by Robert Charles Singleton, Jr. (ECF No. 1-1). On August 24, 2021, the court directed Singleton within 30 days to show cause and file such proof he may have to demonstrate that he has exhausted his state remedies. *See Rose v. Lundy*, 455 U.S. 509 (1982); 28 U.S.C. § 2254(b). More than the allotted time has passed, and Singleton has not responded to the court's order in any way. Accordingly, the petition is dismissed without prejudice. *See* Rule 4, Rules Governing Habeas Corpus.

**IT IS THEREFORE ORDERED** that the Clerk detach and file the petition (ECF No. 1-1).

**IT IS FURTHER ORDERED** that the petition is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that the Clerk enter judgment accordingly and close this case.

DATED: 22 December 2021.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE